# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 13, 2006

Clerk, U.S. District Court

United States District Court
400 James A. McClure Federal Bldg
and United States Courthouse
550 West Fort Street
Boise, ID 83724-0101

      Re:    06mg0632, USA v. Banks

Dear Clerk of the Court:

      Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

| | | | |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint | | Order of Removal |
| x | Minute Order Appointing Counsel | x | Detention Order |
| | Corporate Surety Bond | x | Waiver of Removal |
| | Personal Surety Bond | | |
| | Other | | |

      Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: _____ L. Odierno _____

U.S. District Court
Southern District of California (San Diego)

CRIMINAL DOCKET FOR CASE #: 06-M -632-ALL

TERMED

Filed: 04/03/06

USA v. Banks
Dkt# in other court: None

Case Assigned to:  Magistrate Judge Nita L. Stormes

JERRY LEVIS BANKS (1)
     defendant
   [term  04/07/06]

John R Fielding, Jr
   [term  04/07/06]
   (619)233-0475
   [COR LD NTC cja]
   Law Offices of John R Fielding
   402 west Broadway
   Suite 1700
   San Diego, CA 92101
   (619)233-0467

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints                          Disposition

18:2252(a)(4)(B) - Possession       Case removed to the district of
of Child pornography                Idaho                        (-
                                    1)

U. S. Attorneys:

   U S Attorney CR
   (619)557-5917
   [COR LD NTC]
   U S Attorneys Office Southern
   District of California
   Criminal Division
   880 Front Street
   Room 6293
   San Diego, CA 92101
   (619)557-5610

I hereby attest and certify on   4-13-06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
      CLERK, U.S. DISTRICT COURT
      SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy

Docket as of April 13, 2006 12:57 pm              Page 1

Proceedings include all events.                                      TERMED
3:06m 632-ALL USA v. Banks

4/2/06    --      DEFENDANT Jerry Levis Banks   arrested (tml)
                  [Entry date 04/04/06]

4/3/06    1       OUT OF DISTRICT COMPLAINT against defendant Jerry Levis
                  Banks, signed by Magistrate Judge Nita L. Stormes (vrp)
                  [Entry date 04/04/06]

4/3/06    2       Enter Order by Magistrate Judge Nita L. Stormes; Specially
                  appearing attorney FD; first appearance of Jerry Levis
                  Banks on out of district cmp; Attorney John R Fielding Jr
                  appointed, not appearing; financial afdt to be filed by
                  4/6/06; Dft Jerry Levis Banks informed of charges; USA
                  oral motion for detention as to defendant Jerry Levis Banks
                  (risk of flight and danger);  removal hearing set for 9:00
                  4/13/06 for Jerry Levis Banks before Mag Judge Nita Stormes;
                  detention hearing set for 3:30 4/6/06 for Jerry Levis Banks
                  before Mag Judge Nita Court Reporter: NLS06-1:5568-6302 (tml)
                  [Entry date 04/04/06] [Edit date 04/04/06]

4/3/06    2       Notice of Motion and Motion to detain by USA  as to Jerry
                  Levis Banks;  motion hrg set for 3:30 4/6/06 before
                  Magistrate Judge Stormes (tml) [Entry date 04/04/06]

4/7/06    3       Minutes: Enter Order by Magistrate Judge Nita L. Stormes
                  Deft waives identity hearing and admits identity Deft is
                  Ordered Removed to the District of Idaho forthwith, Warrant
                  of Removal issued to USM.  Detention hearing - Held, Govt's
                  Motion for Detention - Granted, Court Orders Dft detained.
                  Court further Orders any pending hearing dates vacated. ,
                  terminating party Jerry Levis Banks,  case terminated,
                  LC ; Court Reporter: NLS06-1:4500-6624 (lao)
                  [Entry date 04/13/06] [Edit date 04/13/06]

4/7/06    4       WAIVER of Rule 5(c) and 5.1(a) HEARINGS by Jerry Levis
                  Banks (lao) [Entry date 04/13/06]

4/7/06    5       ORDER of Detention of Jerry Levis Banks  pending Trial    by
                  Magistrate Judge Nita L. Stormes without prejudice (lao)
                  [Entry date 04/13/06]

4/7/06    6       RULE 40 Removal warrant issued as to Jerry Levis Banks
                  Magistrate Judge Nita L. Stormes together with certified
                  copies of docket, complaint, minute order, waiver,
                  detention order and letter to receiving court. (lao)
                  [Entry date 04/13/06]



**Affidavit in Lieu of Indictment**

FILED

06 APR -3 AM 9:58

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

DEPUTY

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

Magistrate Case No. _____ '06 mg 0632

The accused, JERRY LEVIS BANKS, now presented before Honorable Nita Stormes,

United States Magistrate Judge, for arraignment and fixing of bail, has been charged by an

indictment in the United States District Court for the District of Idaho on March 15, 2006, with

Possession of Child Pornography, in violation of Title 18, United States Code, Section

2252(a)(4)(B). A warrant for the arrest of the defendant was issued by the United States District

Court for the District of Idaho at Boise, Idaho on March 15, 2006.


I hereby swear under penalty of perjury that the attached indictment and arrest warrant

arising out of the District of Idaho are true and correct to the best of my knowledge and belief.


DATED:      April 3, 2006

John Caruthers
Special Agent - Federal Bureau of Investigation

Lodged with me this 3rd day of April, 2006, in lieu of certified copy of the indictment against the

accused.


Honorable Nita Stormes
United States Magistrate Judge

I hereby attest and certify on _____ 4-13-06
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____Deputy



FD-302 (Rev. 10-6-95)

- 1 -

## FEDERAL BUREAU OF INVESTIGATION

Date of transcription    04/02/2006

      Pursuant to request from Boise Resident Agency, JERRY
LEVI BANKS, SR was picked up from the San Ysidro Port of Entry,
San Diego, California, subsequent to being detained by
Immigration and Naturalization Service (INS) Agent Daniel Webb.

      At approximately 12:30pm, San Diego FBI SA's Robinson
and Caruthers arrived at the San Ysidro Port of Entry and
obtained information from INS agent Webb, that at approximately
9:40am, a White Plymouth Voyager crossed into San Diego,
California from Tijuana, Mexico.  The driver identified himself
as JERRY L. BANKS, SR, and provided an Oregon driver's license
bearing the same name and advised that he was returning home to
Idaho after having been on vacation for the past three weeks.
After running his name and vehicle license through TECS
(Treasury Enforcement Communication System, a Customs data base
that searches for border crossings nationwide), US Customs and
Border Protection agents viewed that BANKS was a wanted person
and they detained him.

      SA's Robinson and Caruthers viewed copies of an Oregon
driver's license in the name of JERRY L. BANKS, SR, with a date
of birth of 10/20/1952.

      At approximately 1:00pm, agents contacted BANKS in the
INS detention cell and asked him his name.  BANKS advised his
name was JERRY LEVIS BANKS, his date of birth was 10/20/1952,
and his residence was 2133 Vista Ave, Boise, Idaho.  The man
appeared to be the same man depicted on the Oregon driver's
license viewed earlier.  BANKS signed a statement, written by SA
Robinson, that gives his father, John L. Banks, authority to
take his vehicle out of the tow yard at American Towing,
619/427-9902, should he travel to San Diego to retrieve the van.

      A few items were taken from the van, IE, a cellular
phone, a digital camera, several bottles of medication, eye
glasses, a black suitcase, a wallet and a few miscellaneous
items.  BANKS had $500 in United States currency on his person.
BANKS advised he took approximately $800 with him from Boise,
and spent about $200 on gas and food to get to Mexico and about
$100 while he was there.  Those items were reviewed with BANKS
before departing to Metropolitan Correctional Center (MCC).

Investigation on    04/02/2006    at  San Diego

File #  305C-SU-61067
    SA Kristen M. Robinson                Date dictated  N/A
by  SA John Caruthers

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;



FD-302a (Rev. 10-6-95)

305C-SU-61067

Continuation of FD-302 of _____ Jerry L. Banks _____ , On 04/02/2006 , Page    2

      During the drive and subsequent wait to enter MCC, BANKS provided the following unsolicited information:

      BANKS had been working for Federal Express as a driver in addition to starting a business that assists former prison inmates with finding jobs.  Though he had previously told his supervisor that he was a registered sex offender, another supervisor found out about it and decided that he should not be working for their company and fired him.  Since BANKS had some time off, his friend Bob LNU asked him to drive some construction materials down to Tijuana for a Mexican family who could use it to repair their home.  BANKS had never met them before, but Bob LNU has known the family for quite awhile. BANKS agreed and drove some wood and other items down to Tijuana approximately March 15, 2006.  BANKS had made a few other trips to bring the family a water heater, a toilet, and various clothes and household items.  [It is not clear if those trips were in the same three week period].  BANKS stayed at the home of the Mexican family (Alberto Reyes) and slept on the couch while he helped them shore up the side of the hill that their home was built on to re-enforce the structure.

      BANKS was coming back across the border to return to Idaho because he had a meeting to attend with his attorney.  At the meeting, he and his attorney were going to go over the computer evidence that the FBI had against him in this case. BANKS was told that people at his home had been "running child pornography" but he was not aware of who it could be as he had a lot of people there at different times using the computers. BANKS was detained at the border when officers there put him in handcuffs.

      BANKS was processed through MCC at approximately 2:20pm after agents provided him with a meal and drink.  The $500, eye glasses, wallet, and some of the medication went with BANKS into MCC.



# UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

UNITED STATES OF AMERICA
v.
JERRY LEVIS BANKS, SR.

*SECRET WARRANT FOR ARREST*

CASE NUMBER: **CR 06-051-S-BLW**

To:   The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **JERRY LEVIS BANKS, SR,** and bring forthwith

to the nearest magistrate to answer **AN INDICTMENT**  charging with the below listed violation.

18 U.S.C. § 2252(a)(4)(B) and (b)(2) - Sexual Exploitation of Children/Possession

Jamie Gearhart, Deputy Clerk
Name and Title of Issuing Officer

March 15, 2006
Date

---

### RETURN

This warrant was received _____ and executed with the arrest of the above-
named individual at _____.

---

Signature of Arresting Officer

Date of Arrest

---

Name & Title of Arresting Officer



03/17/2006   08:57   US MARSHALS BOISE, ID → 94333500                NO. 180   P01

THOMAS E. MOSS
UNITED STATES ATTORNEY
JAMES M. PETERS, WSB NO. 7295
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA, PLAZA IV
800 PARK BOULEVARD, SUITE 600
BOISE, IDAHO 83712-9903
TELEPHONE: (208) 334-1211

**U.S. COURTS**

MAR 1 4 2006

REC'D_____FILED_____
CAMERON S. BURKE
CLERK  IDAHO

## UNITED STATES DISTRICT COURT
### DISTRICT OF IDAHO

UNITED STATES OF AMERICA,  )
　　　　　　　　　　　　　　 )   Case No.  CR 06 - 0051 - S - BLW
　　　　Plaintiff,　　　　　 )
　　　　　　　　　　　　　　 )   **INDICTMENT**
　　　　　v.　　　　　　　　 )
　　　　　　　　　　　　　　 )   Vio. 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2)
JERRY LEVIS BANKS, SR.,　　 )
　　　　　　　　　　　　　　 )
　　　　Defendant.　　　　　 )
_____)

The Grand Jury charges that:

### COUNT ONE

#### Sexual Exploitation of Children/Possession

#### 18 U.S.C. §§2252(a)(4)(B) and (b)(2)

On or about May 21, 2005, within the State and District of Idaho, the defendant, JERRY
LEVIS BANKS, SR., did knowingly possess one or more matters, that is, four compact discs,
two manufactured by Memorex, one by Hewlett Packard and the other of unknown
manufacture, containing digital image files and digital movie files, including, but not limited to
the following:



INDICTMENT - 1

• Disk number one (1) labeled "XXX" containing a total of thirty-seven (37) image files, among which are five (5) jpg images with known minors, including:

Angeli Series: "pthc-collection of pedo pics026.jpg"
Helen Series: "virginie 7 yr fuck pedo sex verynice.jpg"
IM Series: "7 pics little girls r@ygold pedo.jpg"
Sabban Series: "2_2_r@ygold sex little girl sucks and fucks 2 little boys(2).jpg"
Vicki Series: "pthc-collection of pedo pics038.jpg" (also on disk three)

• Disk number two (2) labeled "XXX" containing a total of three (3) files containing movie/video clips, including two (2) of which files contain known minors including:

Bjorn Series: "__INCOMPLETE__04yB & M-01-03694dc6db7e0ac6703 be1073 e4c8f3a4.mpe"

RCA Series: "The Full BabyJ Collections Part 1 (Many never before seen vid.mpg")

• Disk number three (3) labeled "XXX" containing a total of one hundred and six (106) image files, including one (1) movie/video clip with three (3) known minors and two (2) other movie/video clips which identified two (2) additional known minors, including:

a) From the RCA Series: "pedo - babyj - long.mpg"

b) From the Vicki Series: "pthc - collection of pedo pics.mpg" (five (5) different segments on video); Rimg Series: "pthc - collection of pedo pics.mpg" (two (2) different segments on video), and Angeli Series: "pthc - collection of pedo pics.mpg"

c) From the Blue Shirt Girl Series: "the little girl that could pedo pthc 35sec.avi",

And also on Disc number three were twenty-seven (27) jpg images which were identified as known minors, including:

Angeli Series: "pthc-collection of pedo pics025(2).jpg"
        "pthc-collection of pedo pics025.jpg"
        "pthc-collection of pedo pics026a.jpg"
Blue Shirt Girl Series: "pedo__11_11_13yr_mom(1).jpg"

*INDICTMENT* - 2




03/17/2006   08:57   US MARSHALS BOISE.ID → 94333500                    NO. 100   ·····

computer, the production of which visual depictions involved the use of a minor and minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

## SPECIAL ALLEGATION

The grand jury further alleges that the defendant, Jerry Levis Banks, Sr. has a prior conviction under the laws of the State of Idaho relating to aggravated sexual abuse, sexual abuse and abusive sexual conduct involving a minor, that is, in Ada County, Idaho case number 16884, on or about September 7, 1990, the defendant was sentenced on two counts of Lewd Conduct with a Minor Under Age Sixteen, violating Idaho Code § 18-1508, involving allegations that, on separate occasions, the defendant committed lewd and lascivious acts upon the body of an 11-year-old child, involving touching the child's penis with his hand and mouth with the intent to gratify the sexual desire of the defendant, which crimes constitute prior convictions for purposes of Title 18 U.S.C. § 2252 (a)(4)(b)(2).

Dated: 3-14-06

TRUE BILL:

_____
Foreperson (signed on reverse)

THOMAS E. MOSS
United States Attorney

By: James M. Peters
James M. Peters
Assistant United States Attorney

*INDICTMENT* - 4

CRIMINAL FIRST APPEARANCE

USA v. Banks                              3:06-m -00632

Magistrate Judge Stormes

Jerry Banks [1]      attorney John Fielding  - cja

DOA: 4/2/06 [1]

        Enter Order by Magistrate Judge Nita L. Stormes; Specially
        appearing attorney FD; first appearance of Jerry Levis
        Banks on out of district cmp; Attorney John R Fielding Jr
        appointed, not appearing; financial afdt to filed by
        4/6/06; Dft Jerry Levis Banks informed
        of charges; USA oral motion for detention as to defendant
        Jerry Levis Banks (risk of flight and danger);  removal
        hearing set for 9:00 4/13/06 for Jerry Levis Banks before
        Mag Judge Nita Stormes;  detention hearing set for 3:30
        4/6/06 for Jerry Levis Banks before Mag Judge Nita Stormes;
        Court Reporter: NLS06-1:5568-6302

date: 4/3/06

END OF FORM                           by TML





# Minutes of the United States District Court
## Southern District of California
### Friday, April 7, 2006

2006M 00632-NLS

**For the Honorable:    Nita L. Stormes   Magistrate Judge**

Deputy Clerk:    George Perrault

On Calendar:

2006M 00632-NLS

USA vs.

(1) JERRY LEVIS BANKS (C)

DOA: 04-02-2006    F/A: 04-03-2006    MPHD: 05-12-2006

Lang Booking #

ENG 99023198    **(1) John R. Fielding, Jr  CJA**
619 233-0467
**Jeffrey Schenk  AUSA**
619 557-5662

**DETENTION HRG  (1)**

Minutes:
Tape No: NLS06-1:4500-6624

DEFT WAIVES IDENTITY HEARING AND ADMITS IDENTITY
DEFT IS ORDERED REMOVED TO THE DISTRICT OF IDAHO FORTHWITH
WARRANT OF REMOVAL ISSUED TO USM

DETENTION HEARING - HELD
GOVT'S MOTION FOR DETENTION - GRANTED
COURT ORDERS DFT DETAINED

COURT FURTHERS ORDERS ANY PENDING HEARING DATES VACATED

Waiver of Rule5(c) and 5.1(a) Hearings

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | **Magistrate Case No. 06MG0632** |
| v. | |
| **JERRY LEVIS BANKS** | **WAIVER OF RULE 5(c) and 5.1(a) HEARINGS** (<u>Excluding</u> Probation/Supervised Release Violation) |

I, **JERRY LEVIS BANKS**, understand that in the District of Idaho, charges are pending alleging violation of Title 18, United States Code, Section(s) 2252(a)(4)(B) and (b)(2), and that I have been arrested in the Southern District of California and taken before a United States Magistrate Judge, who informed me of the charge and of my right to:

1.     Retain counsel or request the appointment of counsel if I am unable to retain counsel;

2.     Request transfer of the proceedings to this district pursuant to Rule 20, Fed.R.Crim.P., in order to plead guilty <u>if</u> the United States Attorneys in both districts approve the transfer in writing;

3.     A preliminary hearing if required by Federal Rules of Criminal Procedure 5.1 or 58(b)(2)(G) (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution; and

4.     An identity hearing to determine if I am the same person named in the charging document.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

☒ identity hearing

 ☒ preliminary hearing

☐ identity hearing and have been informed I have no right to a preliminary hearing

☐ identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

*(signature)*
**JERRY LEVIS BANKS**
Defendant

*(signature)*
Defense Counsel

4-7-06
Date

FILED

APR 7 2006

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 06MG0632 |
| Plaintiff, | |
| v. | **FINDINGS OF FACT AND ORDER OF DETENTION** |
| JERRY LEVIS BANKS, | |
| Defendant. | |

In accordance with § 3142(f) of the Bail Reform Act of 1984 (18 U.S.C. § 3141 *et seq.*), this Court conducted a detention hearing on April 7, 2006 to determine whether defendant Jerry Levis Banks ("Defendant") should be held in custody without bail pending commencement of further proceedings in the District of Idaho in the above captioned matter, on the grounds that he is a flight risk and a danger to the community. Assistant U.S. Attorney Jeffrey B. Schenk appeared on behalf of the United States. Attorney John Fielding Jr., Esq. appeared on behalf of the defendant.

Based on the evidence proffered by the United States and by the defendant, the Pretrial Services Report, and the Indictment, the Court concludes that the following facts establish by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant nor the safety of the community as required.

//

//

# I.

## FINDINGS OF FACT

**A.** **Nature and Circumstances of the Offense Charged (18 U.S.C.§ 3142(g)(1))**

1. The defendant is charged in an Indictment filed in the United States District Court for the District of Idaho with one count of sexual exploitation of children/possession, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2); and one special allegation alleging that the defendant has a prior conviction under the laws of the State of Idaho relating to aggravated sexual abuse, which constitutes a prior conviction for the purposes of Title 18 U.S.C. § 2252(a)(4)(b)(2).

2. If convicted of these charges, the defendant faces a mandatory minimum sentence of fifteen years imprisonment pursuant to 18 U.S.C. § 2252(a)(4)(b)(2).

3. Because the defendant is charged with an offense involving a minor victim under § 2252(a), and the judicial officer found, relying on the Indictment filed in the District of Idaho, that there is probable cause to believe the defendant committed this offense, there is a rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant and the safety of the community, *see* 18 U.S.C. § 3142(e).

**B.** **Weight of the Evidence Against the Defendant (18 U.S.C.§ 3142(g)(2))**

1. While admittedly the least important factor, the Court finds that, based on the Indictment, probable cause exists to believe the defendant committed the charged offenses.

**C.** **History and Characteristics of the Defendant (18 U.S.C.§ 3142(g)(3))**

1. The defendant is a citizen of the United States, presently residing in Idaho.

2. The defendant has a prior criminal conviction involving two counts of Lewd Conduct with a minor under age sixteen. The defendant has no failures to appear.

3. The defendant has no family nor community ties in San Diego or California. The defendant's family and other ties are in Idaho.

4. There is evidence the defendant maintains self-employment relating to computers.

2

1        5. There is no evidence suggesting the defendant has drug or alcohol problems.

2                                 **II.**

3                    **REASONS FOR DETENTION**

4 **A.**     There is probable cause to believe the defendant committed the offenses charged in the

5 Indictment filed in the District of Idaho; namely, one count of sexual exploitation of

6 children/possession, in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), and one special

7 allegation alleging that the defendant has a prior conviction under the laws of the State of Idaho

8 relating to aggravated sexual abuse, which constitutes a prior conviction for the purposes of

9 Title 18 U.S.C. § 2252(a)(4)(b)(2).

10 **B.**     If convicted under Count One in the Indictment, defendant faces a mandatory minimum

11 sentence of fifteen years imprisonment. This gives the defendant an incentive to flee.

12 **C.**     The Court finds that nature of the defendant's prior criminal conviction and the nature of

13 the offense charged in the Indictment suggests that the defendant poses a significant danger to

14 the community, particularly to young persons.

15 **D.**     The defendant has not rebutted the presumption that no condition or combination of

16 conditions, as described in 18 U.S.C. §§ 3142(e), will reasonably assure his appearance at

17 future court appearances and the safety of the community as required.

18 ///

19 ///

20 ///

21 ///

22 ///

23 ///

24 ///

25 ///

26 ///

27

28                                  3

## III.

## ORDER

IT IS HEREBY ORDERED that the defendant be detained pending commencement of further proceedings in the District of Idaho in this matter.

IT IS FURTHER ORDERED that the defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modifications by this Court and without prejudice to the defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: 4/7/06

NITA L. STORMES
United States Magistrate Judge

Prepared by:

Jeffrey B. Schenk
Assistant U.S. Attorney

cc:    John Fielding, Jr.

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

    v.

**JERRY LEVIS BANKS**

Magistrate Case
No. 06MG0632

**WARRANT OF REMOVAL**
**(After Waiver of Hearing)**

To:  United States Marshal

    An indictment having been filed in the District of Idaho, charging defendant **JERRY LEVIS BANKS**, with sexual exploitation of children/possession in violation of Title 18, United States Code, Section(s) 2252(a)(4)(B) and (b)(2), and the above-named defendant having been arrested in this district and, after waiving hearing pursuant to Federal Rules of Criminal Procedure 5(c) and 5.1(a), having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

    You are hereby commanded to commit the above-named defendant forthwith to the District of Idaho and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

                                    **HON. NITA L. STORMES**
                                    United States Magistrate Judge

Dated at San Diego, California, this ___7___ day of _April_, 2006.

## RETURN

District of Idaho (at Boise)           ss

    Received the within warrant of removal the _____ day  of _____, 2006, and executed same.

                                     U. S. Marshal

                     By _____
                                      Deputy Marshal

CALIFORNIA
SOUTHERN DISTRICT OF
U.S. MARSHAL

Apr 10  1 43 PM '06

RECEIVED