October 25, 2006

James M. Peters
Assistant U.S. Attorney
800 Park Blvd, Suite 600
Boise, ID 83712

Dennis M. Charney, Esq.
951 E. Plaza Dr., Suite 140
Eagle, ID 83616

      Re: <u>United States v. Banks</u>, Cr. 06-051 BLW WBS

Dear Counsel:

    Inquiry has been made whether paragraph A(2) of the Order re: Pretrial Preparation applies to items of "real evidence," such as computer hard drives and jump drives. Obviously, copies of such items cannot be "served and lodged" in the traditional sense. Paragraph A(2) was intended to apply to documentary evidence. With regard to non-documentary, real evidence, it will be sufficient if such items are made available for inspection by opposing counsel and included in the list of exhibits, with a description of each file contained therein which the government intends to show to the jury.

    I hope this clears up any confusion in the court's order.

               Sincerely,

                WILLIAM B. SHUBB
                UNITED STATES DISTRICT JUDGE