*THOMAS E. MOSS*
*UNITED STATES ATTORNEY*
*JAMES M. PETERS, WSB NO. 7295*
*ASSISTANT UNITED STATES ATTORNEY*
*DISTRICT OF IDAHO*
*WASHINGTON GROUP PLAZA, PLAZA IV*
*800 PARK BOULEVARD, SUITE 600*
*BOISE, IDAHO  83712-9903*
*TELEPHONE:  (208) 334-1211*

*ALEXANDRA GELBER, DC BAR # 473773*
*TRIAL ATTORNEY, UNITED STATES DEPARTMENT OF JUSTICE*
*CHILD EXPLOITATION AND OBSCENITY SECTION*
*1400 NEW YORK AVENUE NW, SUITE 600*
*WASHINGTON DC 20530*
*TELEPHONE: 202-307-1316*

UNITED STATES DISTRICT COURT
DISTRICT OF IDAHO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 06-051-S-BLW |
| Plaintiff, | ) | |
| | ) | **NOTICE UNDER** |
| v. | ) | **FED. R. EVID. 902** |
| | ) | |
| JERRY LEVIS BANKS, SR., | ) | |
| Defendant. | ) | |
| _____ | ) | |

     COMES NOW the United States Attorney for the District of Idaho and gives notice of the Government's intention to offer certified public records and domestic records of regularly conducted activity under Fed. R. Evid. 902 (1)(2)(4) and/or (11).  The items the Government may offer include:

1.    A redacted copy of a certified copy of the Indictment and Judgment in Ada County case number CR 16884 showing that on September 12, 1990, the Defendant pled guilty to Counts II and III of an Indictment charging him with Lewd Conduct with a Minor Under

**NOTICE UNDER FED. R. EVID. 902- PAGE 1**

Sixteen, in violation of I.C. §18-1508.

2. Relevant portions of a certified copy of a prison packet containing the Judgment in Ada County case number CR 16884 and a photo of the Defendant, showing he is the same Jerry Levis Banks, Sr. who was convicted in Ada County case number CR 16884.

The United States represents that the Defendant has previously been provided copies of these items during the regular course of discovery, and the defense attorney has examined the original certified copies in the office of the United States Attorney.

Dated: November 2, 2006

          Respectfully submitted,

          THOMAS E. MOSS
          UNITED STATES ATTORNEY


          /s/ James M. Peters
          JAMES M. PETERS
          Assistant United States Attorney


          Alexandra Gelber
          Trial Attorney
          United States Department of Justice
          Child Exploitation and Obscenity Section

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 2, 2006, the foregoing **Notice Under Fed. R. Evid. 902** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

Dennis M. Charney        dennis_charney@msn.com; assistant@charneylawoffice.com

 

/s/ Katherine J. Fritze
Katherine J. Fritze
Legal Assistant

**NOTICE UNDER FED. R. EVID. 902- PAGE 3**