AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court
## *District of Idaho*

United States of America

v.

Jerry Levis Banks, Sr.

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 06-051-S-BLW-WBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| William B. Shubb | Jim Peters & Alexandra Gebler | Dennis M. Charney |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| November 13-22, 2006 | | Melanie Patrick |

| PLF. NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | HP e-Vectra computer, serial number TW02202103 |
| 1A | | | | | Derivative Evidence disk from HP e-Vectra computer |
| 1B | | | | | Disk containing charged images/videos |
| 1C | | | | | Copy of front of Maxtor hard drive |
| | | | | | |
| 2 | | | | | HP e-Vectra computer, serial number TW02403845 |
| 2A | | | | | Derivative Evidence disk from HP e-Vectra computer |
| 2B | | | | | Disk containing charged images/videos |
| 2C | | | | | Copy of front of Segate hard drive |
| | | | | | |
| 3 | | | | | HP e-pc computer, serial number US14105211 |
| 3A | | | | | Derivative Evidence disk from HP e-pc computer |
| 3B | | | | | Disk containing charged images/videos |
| 3C | | | | | Copy of front of Western Digital hard drive |
| | | | | | |
| 4 | | | | | Lexar JumpDrive, serial number JD5512-40-520E |
| 4A | | | | | Derivative Evidence disk from Lexar JumpDrive |
| 4B | | | | | Disk containing charged images/videos |
| | | | | | |
| 5 | | | | | Disk labeled XXX (This disk has been processed for fingerprints) |
| 5A | | | | | Disk case for disk in Exhibit 5 (This case has been processed for fingerprints) |
| 5B | | | | | Complete Copy of disk in Exhibit 5 |

Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of 6 Pages

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST - CONTINUATION

United States of America      v.      Jerry Levis Banks, Sr.

CASE NUMBER: 06-051-S-BLW-WBS

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 5C | | | | | Disk containing charged images/videos |
| 5D | | | | | Printed copies of charged images |
| 5E | | | | | Left blank intentionally |
| 5F | | | | | Photograph of latent 1a |
| | | | | | |
| 6 | | | | | Disk labeled XXX (This disk has been processed for fingerprints) |
| 6A | | | | | Disk case for disk in Exhibit 6 (This case has been processed for fingerprints) |
| 6B | | | | | Complete copy of disk in Exhibit 6 |
| 6C | | | | | Disk containing charged videos |
| 6D | | | | | Left blank intentionally |
| 6E | | | | | Photograph of latent 2a |
| 6F | | | | | List of latent 2a |
| | | | | | |
| 7 | | | | | Disk labeled XXX (This disk has been processed for fingerprints) |
| 7A | | | | | Disk case for disk in Exhibit 7 (This case has been processed for fingerprints) |
| 7B | | | | | Complete copy of disk in Exhibit 7 |
| 7C | | | | | Disk containing charged images/videos |
| 7D | | | | | Printed copies of charged images |
| 7E | | | | | Left blank intentionally |
| 7F | | | | | Photograph of latent 3a |
| 7G | | | | | Lift of latent 3a |
| 7H | | | | | Large fingerprint comparison chart of latent 3a |
| | | | | | |
| 8 | | | | | Disk labeled with a face/tongue (This disk has been processed for fingerprints) |
| 8A | | | | | Disk case for disk in Exhibit 8 (This case has been processed for fingerprints) |
| 8B | | | | | Complete copy of disk in Exhibit 8 |
| 8C | | | | | Disk containing charged video |

AO 187A (Rev. 7/87)

## EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America vs. Jerry Levis Banks, Sr. | | | | | CASE NO. 06-051-S-BLW-WBS |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 8D | | | | | Left blank intentionally |
| 8E | | | | | Photograph of latent 4a |
| 8F | | | | | Lift of latent 4b |
| 8G | | | | | Lift of latent 4c |
| 8H | | | | | Lift of latent 4 d and 4e |
| 8I | | | | | Lift of latents 4f and 4g |
| 8J | | | | | Photograph of latent 4h |
| 8K | | | | | Photograph of latent 4i |
| | | | | | |
| 9 | | | | | Disk of relevant images and video from Lindstrom's CPU |
| 9A | | | | | Printed photograph of "J.B." from Lindstrom's CPU |
| 9B | | | | | Printed photograph of "J.B." from Lindstrom's CPU |
| 9C | | | | | Printed photograph of "J.B." and Diane Banks from Lindstrom's CPU |
| | | | | | |
| 10 | | | | | D-Link web cam |
| 11 | | | | | Intel web cam |
| 12 | | | | | Blue folder (5 pages) |
| 12A | | | | | Child pornography image from blue folder |
| 12B | | | | | Child pornography image from blue folder |
| 12C | | | | | Child pornography image from blue folder |
| 12D | | | | | Child pornography image from blue folder |
| 12E | | | | | Child pornography image from blue folder |
| 12F | | | | | Child pornography image from blue folder |
| 12G | | | | | Child pornography image from blue folder |
| 12H | | | | | Photograph of adult female and infant from blue folder |
| 12I | | | | | Photograph of adult female and infant from blue folder |
| 12J | | | | | Photograph of adult male pelvic area sent to Linda Martin |

AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Jerry Levis Banks, Sr. | CASE NO 06-051-S-BLW-WBS |
|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 12K | | | | | Photgraph of young female (Linda Martin) |
| 12L | | | | | Two page letter dated December 13, 2004, to Barbara Martin |
| 12M | | | | | Listing of websites from blue folder |
| 13 | | | | | Video of pre and post search on May 21, 2005 |
| 14 | | | | | Photograph of house and garage |
| 14A | | | | | Photograph of desk #1 area |
| 14B | | | | | Photograph of desk #2 area |
| 14C | | | | | Photograph of desk #3 area |
| 14D | | | | | Photograph of wireless router and cable modem |
| 14E | | | | | Photograph of bed and pillow on north wall |
| 14F | | | | | Photograph of shelves on south wall and coffee maker |
| 14G | | | | | Large diagram of garage/office with photographs and arrows |
| 15 | | | | | Black three-ring binder with cartoons and images |
| 16 | | | | | Manilla folder labeled Adult Sites with notes and cartoon |
| 17 | | | | | Blue steno pad |
| 18 | | | | | Paper with name and address of Linda Martin |
| 19 | | | | | Blue address book with Linda Martin sizes |
| 20 | | | | | Small piece of paper with websites listed |
| 21 | | | | | Yellow Post-It with name and address of Shon Lindstrom |
| 22 | | | | | Bankscom Electronics, Inc. business card |
| 23 | | | | | Silver watch and ring |
| 24 | | | | | Photograph of couch and close up of couch |
| 25 | | | | | Redacted photographs of Jerry Banks, Sr.'s pelvic area |
| 25A | | | | | Redacted photographs of Jerry Banks, Sr.'s pelvic area; redacted photograph sent to **Linda Martin** |
| 26 | | | | | Photo line-up (Cheryl Johnston) |
| 27 | | | | | Photo line-up (Shon Lindstrom) |
| 28 | | | | | Disk labeled Jason Pics |

≜AO 187A (Rev 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | vs. | Jerry Levis Banks, Sr. | CASE NO. 06-051-S--BLW-WBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | | | | Disk containing Qwest records |
| 29A | | | | | Summary of Qwest records - Edmonton |
| 29B | | | | | Summary of Qwest records - Long Beach |
| 30 | | | | | State Indictment |
| 30A | | | | | Redacted State Indictment |
| 30B | | | | | State Judgment of Conviction |
| 30C | | | | | Redacted State Judgment of Conviction |
| 31 | | | | | Prison packet |
| 32 | | | | | Small still photographs (4) from Unitl. |
| 32A | | | | | Photograph from Untitled.wmv |
| 32B | | | | | Photograph from UNTITL~1.wmv |
| 32C | | | | | Photograph from UNTITL~2.wmv |
| 33 | | | | | Microsoft records |
| 34 | | | | | Disk with Kid Sex & Incest screen capture |
| 35 | | | | | Stipulations |
| 36 | | | | | Ada County fingerprint card dated March 8, 1990 |
| 36A | | | | | Idaho Department of Corrections fingerprint card dated October 4, 1990 |
| 37 | | | | | FBI fingerprint card dated August 3, 2006 |
| 37A | | | | | FBI finger tip print card, right finger tips, dated August 23, 2006 |
| 38 | | | | | Finger tip card, showing fingers 1, 2, and 3, dated October 3, 2006 |
| 39 | | | | | Summary exhibit fingerprint testimony |
| 40A | | | | | Chat transcript from computer 06104-01 |
| 40B | | | | | Chat transcript from computer 06104-02 |
| 40C | | | | | Chat transcript from computer 06104-03 |
| 40D | | | | | Chat transcript from April 29 |
| 40E | | | | | Chat transcript from April 30 |
| 41A | | | | | Photograph from My girl 01.jpg |

Page 5 of 6 Pages

AO 187A (Rev. 7/87)  **EXHIBIT AND WITNESS LIST – CONTINUATION**

| United States of America | | vs. | Jerry Levis Banks, Sr. | CASE NO. 06-051-S-BLW-WBS | |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
| 41B | | | | | Photograph from My girl 02-jpg |
| 41C | | | | | Photograph from My girl 03.jpg |
| 41D | | | | | Photograph from My girl 04.jpg |
| 42 | | | | | thumbs.db file in "My Music" |
| 43A | | | | | .LNK file from computer 06104-01 |
| 43B | | | | | .LNK file from computer 06104-02 |
| 44A | | | | | Registry information from computer 06104-01 |
| 44B | | | | | Registry information from computer 06104-02 |
| 44C | | | | | Registry information from computer 06104-03 |
| 45A | | | | | WinMX configuration file from computer 06104-02 |
| 45B | | | | | WinMX configuration file from computer 06104-02 |
| 45C | | | | | WinMX configuration file from computer 06104-04 |
| 45D | | | | | WinMX configuration file from computer 06104-04 |
| 46A | | | | | MxMON file from computer 06104-02 |
| 46B | | | | | MxMON file from computer 06104-02 |
| 46C | | | | | MxMON file from computer 06104-02 |
| 46D | | | | | MxMON file from computer 06104-02 |
| 46E | | | | | MxMON file from computer 06104-02 |
| 47A | | | | | WCS file from computer 06104-02 |
| 47B | | | | | WCS file from computer 06104-04 |
| 47C | | | | | WCS file from computer 06104-04 |
| 48 | | | | | Windows Media Player database from computer 06104-02 |
| 49 | | | | | Ada County Sheriff's Department Standard Statement Form by Tammie Banks |
| 50 | | | | | Ada County Sheriff's Department Standard Statement Form by Robert Banks |
| 51 | | | | | Ada County Sheriff's Department Standard Statement Form by Diane Banks |

Page 6 of 6 Pages