THOMAS E. MOSS, IDAHO BAR NO. 1058  
UNITED STATES ATTORNEY  
JAMES M. PETERS, WASHINGTON BAR NO. 7295  
ASSISTANT UNITED STATES ATTORNEY  
DISTRICT OF IDAHO  
WASHINGTON GROUP, PLAZA IV  
800 PARK BLVD., SUITE 600  
BOISE, IDAHO  83712  
TELEPHONE:  (208) 334-1211  
FACSIMILE: (208) 334-1413  

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JERRY LEVIS BANKS, SR.,<br><br>  Defendant. | Cr. No. 06-051-S-BLW<br><br>MOTION TO DISMISS COUNTS FIVE AND SEVEN OF SECOND SUPERSEDING INDICTMENT WITHOUT PREJUDICE |

COMES NOW the United States of America, by and through Thomas E. Moss, United States Attorney, and the undersigned Assistant United States Attorney for the District of Idaho, and hereby moves this Honorable court for leave to dismiss without prejudice Counts Five and Seven of the Second Superseding Indictment in the above-captioned case pursuant to Fed. R. Crim. P. 48(a) against the defendant Jerry Levis Banks, Sr.

Respectfully submitted this 6th day of November, 2006.

THOMAS E. MOSS  
UNITED STATES ATTORNEY  
By:

 /s/James M. Peters  
JAMES M. PETERS  
Assistant United States Attorney

MOTION TO DISMISS COUNTS FIVE AND SEVEN OF  
SECOND SUPERSEDING INDICTMENT WITHOUT PREJUDICE - 1

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 6, 2006, the foregoing **Motion to Dismiss Counts Five and Second of Second Superceding Indictment Without Prejudice** was electronically filed with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following person:

Dennis M. Charney       dennis_charney@msn.com

/s/ Katherine J. Fritze
Katherine J. Fritze
Legal Assistant

MOTION TO DISMISS COUNTS FIVE AND SEVEN OF
SECOND SUPERSEDING INDICTMENT WITHOUT PREJUDICE - 2